AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

LEE F. GARVIN

V.

UNITED STATES

**SUMMONS IN A CIVIL CASE**

CASE NUMBER 1:06CV01735

JUDGE: Reggie B. Walton

DECK TYPE: Pro se General Civil

DATE STAMP: 10/5/2006

TO: (Name and address of Defendant)

**U.S. ATTORNEY GENERAL**
**D.O.J.**
**950 PENNSYLVANIA AVE. NW**
**WASHINGTON, D.C. 20530**

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF' PROSE (name and address)

LEE F. GARVIN
15013 NE 36TH ST.
CHOCTAW, OK. 73020

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON          OCT - 5 2006
CLERK                                DATE

M. Higgins
(By) DEPUTY CLERK

# United States District Court
## FOR THE DISTRICT OF COLUMBIA

Lee F Garvin

v.

United States Government

**SUMMONS IN A CIVIL CASE**

Case No.: 1:06 CV01735

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Lee F Garvin
15013 NE 36th St.
Choctaw OK 73020
405-390-2924

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

_____          _____
        Court Clerk                                  Date

by _____
       Deputy Clerk

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P.  The date of service upon the United States Government as evidenced by the attached Postal green cards is 9-24-06 _____. The cost of the mailing is $ _____

Certified mail # 7005 3110 0004 1130 7157,

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

   I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_Patty Yarbrough_                 9-28-06
Signature                         Date

Page 2

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery: OCT 26 2006 |
| 1. Article Addressed to:<br>Alberto Gonzales<br>United States Attorney General<br>Civil Process Clerk<br>950 Pennsylvania Avenue<br>Washington, District<br>of Columbia 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 3110 0004 1131 2496 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540