IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE F. GARVIN ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 1:06-cv-1735-RBW |
| ) | |
| UNITED STATES ) | |
| ) | |
| Defendant. ) | |

NOTICE OF APPEARANCE

Please enter the appearance of Anne E. Blaess in substitution for Nicole M. Stoduto as attorney for defendant the United States in the above-captioned proceeding.

DATE: February 21, 2007                    Respectfully submitted,

                                                           /s/ Anne E. Blaess
                                                          ANNE E. BLAESS
                                                          Trial Attorney, Tax Division
                                                          U.S. Department of Justice
                                                          Post Office Box 227
                                                          Ben Franklin Station
                                                          Washington, D.C. 20044
                                                          Telephone: (202) 616-9806
                                                          Facsimile: (202) 514-6866
                                                          Email: Anne.E.Blaess@usdoj.gov