IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEE F. GARVIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 1:06-cv-1735-RBW |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

<u>CERTIFICATE OF SERVICE</u>

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was caused to

be served upon Plaintiff *pro se* on the 21st day of February, 2007, by depositing a copy in

the United States' mail, postage prepaid, addressed as follows:

LEE F. GARVIN
Plaintiff *pro se*
15013 NE 36th Street
Choctaw, OK 73020


/s/ Anne E. Blaess
ANNE E. BLAESS