UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LEE F. GARVIN, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 06-1735 (RBW) |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

**ORDER**

Currently before the Court is the government's January 5, 2007 motion to dismiss. The plaintiff is proceeding pro se in this matter.

The District of Columbia Circuit Court of Appeals has held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. Fox v. Strickland, 837 F.2d 507, 509 (D.C. Cir. 1988). "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to the defendant's motion to dismiss no later than May 10, 2007. If plaintiff neither responds nor moves for an extension of time by the due date, the Court will treat the motion as conceded and enter judgment in favor of the defendants.

**SO ORDERED** this 11th day of April 2007.

REGGIE B. WALTON
United States District Judge